# DESIGNATION OF CIRCUIT JUDGE
# FOR SERVICE IN A DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, U.S.C., §§ 45(d) and 291(b), I do hereby designate and assign the Honorable Albert Diaz, United States Chief Circuit Judge for the Fourth Circuit, to hold district court in the Western District of North Carolina in order to preside over and conduct naturalization ceremonies, 3:24mc1100, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

                                                                                  _____
                                                                                  J. Harvie Wilkinson III[1]
                                                                                       Circuit Judge
                                                                                       Fourth Circuit

Dated: January 2, 2024

---

[1] Acting as Chief Circuit Judge pursuant to 28 U.S.C. § 45(d).