# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Martin Reidinger, Chief United States District Judge for the Western District of North Carolina, to hold a district court in the Western District of Virginia in the case of *Samuel A. Lyons v. U.S. Magistrate Judge Joel C. Hoppe,* 5:24-cv-20, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

_____
Albert Diaz
Chief Judge
Fourth Circuit

Dated: April 4, 2024