# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Thomas E. Johnston, Chief United States District Judge for the Southern District of West Virginia, to hold a district court in the Western District of North Carolina in the case of *Johnson v. Tillman et al.,* No. 3:24-cv-00334-FDW-SCR, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
Albert Diaz
Chief Judge
Fourth Circuit

Dated: June 6, 2024