# DESIGNATION OF CIRCUIT JUDGE
# FOR SERVICE IN A DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, U.S.C., §§ 45(d) and 291(b), I do hereby designate and assign the Honorable Albert Diaz, United States Chief Circuit Judge for the Fourth Circuit, to hold a district court in the Western District of North Carolina on November 22, 2024, in order to preside over and conduct naturalization proceedings, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
J. Harvie Wilkinson III[1]
Circuit Judge
Fourth Circuit

Dated: November 18, 2024

---

[1] Acting as Chief Circuit Judge pursuant to 28 U.S.C. § 45(d).