# DESIGNATION OF A UNITED STATES JUDGE
# FOR SERVICE WITHIN THE CIRCUIT

_____

The Honorable Michael F. Urbanski, Senior United States District Judge for the Western District of Virginia, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the Western District of North Carolina, and after determining that such an assignment is in the public interest,

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Sections 292(b) and 294(c), I do hereby designate and assign the Honorable Michael F. Urbanski to perform the duties of district judge in the United States District Court for the Western District of North Carolina for the period of January 6, 2025, through June 25, 2025, and for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

                                                Albert Diaz
                                                Chief Judge
                                                Fourth Circuit

Dated: December 13, 2024